UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In the matter of:                                    Case No. 09-10011-JPH
JAMES N LINDSAY,
                                                     Chapter 7

                                                     Judge JEFFERY P. HOPKINS

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in amount of $2.01 represents the total sum of unclaimed and small dividends in the estate and is paid to the court pursuant to 11 U.S.C Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Chase Bank USA,N.A<br>P O Box 740933<br>Dallas, TX 75374 | 2INT | $2.01 |

Date:  October 12, 2011                    /s/  Richard D. Nelson_____
                                           Richard D. Nelson, Trustee
                                           250 E. Fifth Street, Suite 1200
                                           Cincinnati, OH 45202
                                           Phone:  513-333-5255
                                           Email: ricknelson@ctks.com